UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-81543-AMC

HOWARD COHAN,

    Plaintiff,

vs.

APX BOOMERS! BOCA RATON, LLC,
a Foreign Limited Liability Company,
d/b/a BOOMERS,

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, APX BOOMERS! BOCA RATON, LLC, a Foreign Limited Liability Company, d/b/a BOOMERS, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED August 7, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Jeffrey W. Johnson**
Jeffrey W. Johnson, Esq.
Florida Bar No. 705489
JOHNSON LAW GROUP
Counsel for Defendant
370 West Camino Gardens Blvd.
Suite 402
Boca Raton, Florida 33432
Phone: (561) 994-9433
Fax: (561) 994-9099
Email: service@j2law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    /s/ Gregory S. Sconzo
                                               **Gregory S. Sconzo, Esq.**